**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WESTINGHOUSE ELECTRIC COMPANY LLC<br><br>V.<br><br>TYNE ENGINEERING, INC. | Civil No. 24-1362 |

**ORDER OF COURT**

AND NOW, this 30th day of July, 2025, in accordance with the memorandum opinion, it is hereby ORDERED that the motion to remand this case to the state court (ECF No. 9) is granted.  The court adopts the R&R (ECF No. 18) as the opinion of the court, as supplemented in the memorandum opinion.

Civil Action No. 24-1362 shall be remanded FORTHWITH to the Court of Common Pleas of Allegheny County, Pennsylvania.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE

1